UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re | |
| LOCATEPLUS HOLDINGS CORPORATION, et al. | Chapter 11<br>Case No. 11-15791 |
| Debtors | (Jointly Administered) |
| Gulabtech, LLC | Adversary Proceeding<br>No. 11-01227 |
| v. | |
| Carl Green, et al. | |

## EXPEDITED MOTION FOR APPEARANCE BY TELPHONE

PLEASE TAKE NOTICE, Carl Green hereby makes Motion for expedited request to appear by telephonic presence in the Motion set for August 25, 2011 at 10:00 am for Motion to Dismiss Counterclaim of Defendant Carl Green and for Preliminary Injunctive Relief.

Respectfully Submitted,

Dated: 8/23/11

S/Carl Green
11 E Superior Street, #502
Duluth, MN 55802
(218) 464-8686

**Certificate of Service**

The undersigned certifies that on August 5, 2011, the foregoing Expedited Motion for Appearance by Telephone to establish bidding procedures was mailed to the Clerk of Court to be secured by operation of the U.S. Bankruptcy Court's CM/ECF filing system upon the following:

Assistant u.s. Trustee
John Fitzgerald
Office of the United States Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Square 10th Floor, Suite 1000
Boston, MA 02109
USTPRegion01.BO.ECF@USDOJ.Gov

Stephen S. Gray
CRG Partners Group, LLC
2 Atlantic Avenue
Boston, MA 92110
Stephen.gray@crgpartners.com

Harold B. Murphy, Esq.
Natialie B. Sawyer, Esq.
Murphy & King, P.C.
One Beacon Street, 21st Floor
Boston, MA 02018
Bankruptcy@Murphyking.com
nbs@murphyking.com

Daniel C. Cohn, Esq.
Micheal P. Connelly, Esq.
Murtha Cullina, LLP
99 High Street
Boston, MNA 02110
dcohn@murthalaw.com
Mcconnolly@murthalaw.com

Paul R.C. Bachloll, Esq.
Office of the United States, Trustee.
J.W. McCormack Post Office & Courthouse
5 Post Office Sq. 10th Floor, Suite 1000
Boston, MA 02109
Paula.bachtell@usdoj.gov

William r. Baldiga, Esq.
Angelo Thalassinos, Esq.
Brown Rudnick, LLP
One Financial Cener
Boston, MA 02111
Wbaldiga@brownrudnick.com

Lawerendce R. Plavnik, Esq.
McLane, Graf, Ravlerson & Middleton
300 Trade Center, Suite 6400
Woburn, MA 01801
lawrence.plavnick@mclane.com

Brett D. Fallon, Esq.
Morris James, LLP
500 Delaware Avenue, Suite 1500
PO box 2306
Wilmington, DE 10899-2306
bfallon@morrisjames.com

_____
Carl Green

AUG24'11